Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>GUESS ?, INC.; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:20-cv-01453-GW-E<br>*Hon. George H. Wu Presiding*<br><br>**NOTICE OF SETTLEMENT** |

- 1 -
NOTICE OF SETTLEMENT

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff Klauber Brothers, Inc. has reached a settlement agreement with all Defendants in this action. These Parties are currently in the process of memorializing the terms of the agreement and should be in a position to file a dismissal of this matter within forty-five (45) days. This settlement will resolve this matter in its entirety. So owing, Plaintiff respectfully requests that the current hearings, dates, and deadlines be vacated or continued by forty-five (45) days so that the parties can finalize performance of the terms of the agreement and file the appropriate dismissal.

Respectfully submitted,

DATED: August 21, 2020      By:    /s/ Trevor W. Barrett
                                   Scott Alan Burroughs, Esq.
                                   Trevor W. Barrett, Esq.
                                   DONIGER / BURROUGHS
                                   Attorneys for Plaintiff

- 2 -

NOTICE OF SETTLEMENT